UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>v.<br><br>JOSE RODOLFO PERALES-ROSAS,<br><br>                          Defendant. | Case No.: 3:17-cr-03946-BEN<br><br>**ORDER DENYING MOTION FOR COMPASSIONATE RELEASE**<br><br>[ECF No. 47] |

Movant Jose Rodolfo Perales-Rosas filed a *pro se* Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A) ("Section 3582(c)(1)(A)"). ECF No. 45. The Motion was referred to Federal Defenders pursuant to General Order 692-B. ECF No. 47. On May 7, 2021, Federal Defenders filed a Status Report and did not request appointment on Movant's behalf. *See* ECF No. 50.

At this time, the Court recognizes there is no applicable policy statement governing compassionate release motions filed by defendants under the recent amendments to Section 3582(c)(1)(A). The Court also recognizes that a district court's discretion may be informed by U.S.S.G. § 1B1.13, but that it is not binding, and a district court may consider any extraordinary and compelling reason for release that a defendant might raise. *United States v. Aruda*, __ F.3d __, 2021 WL 1307884 *4 (9th Cir. 2021).

In Movant's case, the reasons offered are not extraordinary and compelling. Moreover, he is currently serving a 70-month sentence for importing over 15 kilograms of methamphetamine into the United States in violation of 21 U.S.C. §§ 952 and 960. Early release would present a danger to the public, fail to act as a deterrent to others, and would not promote respect for the law. Therefore, the motion is **DENIED**.

**IT IS SO ORDERED.**

Date: May 11, 2021

                                              HON. ROGER T. BENITEZ
                                              United States District Judge